EDWARD V. GOODMAN, DEFENDANT IN ERROR, v. LE-
HIGH VALLEY RAILROAD COMPANY OF NEW JERSEY.
PLAINTIFF IN ERROR.

Submitted July 11, 1911—Decided November 20, 1911.

On error to the Supreme Court.

For the plaintiff in error, *McCarter & English.*

For the defendant in error, *Clark McK. Whittemore.*

PER CURIAM.

For the reasons expressed in the opinion in the case of Good-
man, executor, against the same defendant, decided at the
present term, *ante p.* 450, the judgment under review will be
affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH,
BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 12.

*For reversal*—None.